UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| Angelo B. Arnold, et al., | : | Case No. 3:13-cv-76 |
| Plaintiffs, | : | (Judge Thomas M. Rose) |
| v. | : | |
| Department of Veterans Affairs, | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(ii)**

Now come the parties, by and through counsel, and, pursuant to Fed. R. Civ. P. 41(a)(ii), do hereby stipulate and give notice of the dismissal of this action. The parties further agree that such dismissal is without prejudice to the re-filing of a new action. Further, Defendant waives any claim to costs upon a re-filing pursuant to Fed. R. Civ. P. 41(d).

Respectfully submitted,

MANNING LAW FIRM, LLC

*/s/ Thomas J. Manning*
_____
Thomas J. Manning (0059759)
P.O. Box 751484
Dayton, OH 45475
(937) 776-4856
(866) 454-6229 (Fax)
tmanning@woh.rr.com
Trial Attorney for Plaintiffs

*Per telephone authority 11/19/13*
_____
Angelo B. Arnold, Plaintiff

*Per telephone authority 11/19/13*
_____
Zandra L. Arnold, Plaintiff

1

CARTER M. STEWART
United States Attorney

*Per e-mail authority 11/18/13*

_____
Margaret A. Schutte (0078968)
Assistant United States Attorney
Attorney for Defendant
Federal Building
200 West Second Street, Suite 600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Margaret.Schutte@usdoj.gov